# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00354-CR

**Joseph Moraga, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-19-0608-C, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was filed on January 21, 2022. Appellant's appointed attorney has since filed a motion asking us to abate the appeal so that new counsel can be appointed, explaining that she has accepted employment with the Bexar County District Attorney's Office.

We grant the motion, abate the appeal, and remand the matter to the trial court so that it may appoint substitute counsel to represent appellant in this appeal. In addition, the trial court shall order that a supplemental clerk's record containing the appointment order be prepared and forwarded to this Court no later than April 4, 2022.

It is so ordered March 3, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith

Abated and Remanded

Filed:   March 3, 2022

Do Not Publish